RICHARD F. McGINTY, OSB#86071
Attorney for Plaintiff
P.O. Box 12806
Salem, OR 97309
tel: 503.371.9636
fax: 503.371.2879

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **JEFFREY L. ANDERSON,** <br> Plaintiff, <br> v. <br><br> **COMMISSIONER OF SOCIAL SECURITY,** <br> Defendant. | Case No. 6:15-cv-01319-BR <br><br> **ORDER** |

Attorney fees in the amount of $26,525.72 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. The agency is directed to send to Plaintiff's attorney, at his current address shown above, the § 406(b) check. Any amount withheld after all administrative and court attorneys fees are paid should be released to the claimant.

DATED this 19th day of December, 2016.

_____
United States District Court Judge

ORDER APPROVING § 406B ATTORNEY FEES                    6:15-CV-01319-BR
McGinty & Belcher, Attorneys
P.O. Box 12806
Salem, OR 97309-0806
Page 1 (503) 371-9636

Page 1